UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **TERRANCE BROWN** <br> **LA. DOC #300087** | **CIVIL ACTION NO. 15-2558** <br> **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JAMES LeBLANC, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §1915.

**The Clerk of Court is directed to provide a copy of this judgment to the Keeper of the Three Strikes List, Tyler, Texas**.

**MONROE, LOUISIANA,** this 3rd day of February, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE